HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM A. BURNS, JR., <br><br> Plaintiff, <br><br> v. <br><br> SNOHOMISH COUNTY SUPERIOR COURT, *et al.*, <br><br> Defendants. | No. 2:20-cv-01352-RAJ <br><br> ORDER |

This matter comes before the Court on Plaintiff William A. Burns, Jr.'s Application for Temporary Restraining Order. Dkt. # 10. Plaintiff filed a complaint against Defendants Brianna Marie Burns, Snohomish County Superior Court, and the Honorable Commissioner Tracy Waggoner. Dkt. # 6. The Court filing system indicates that Defendants Waggoner and the Snohomish County Superior Court have been served with the Complaint, Dkt. ## 12, 13, but it does not appear that these Defendants have been served with Plaintiff's Application for Temporary Restraining Order. Further, nothing on the docket suggests that Defendant Brianna Marie Burns has been served with the Complaint or Application for Temporary Restraining Order.

//

//

//

ORDER – 1

1  All Defendants must be properly served with the Application for Temporary
2  Restraining Order before the Court will consider the Application.
3  DATED this 30th day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2